COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
  
  
  
 In
 the Interest of C. D. S. ,
 A Minor Child
  
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00222-CV
  
 Appeal from the
  
 318th Judicial District Court
  
 of Midland County, Texas
  
 (TC# FM-38,104)
 
 




 

 

M E M O R A N D U
M   O P I N I O N

 

 

Pending before the Court is the joint
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1), which states:

(a) The appellate court may dispose of an appeal as
follows:

 

 

(1)       in accordance with an agreement signed by all parties or their
attorneys and filed with the clerk; 

.              
.               .

 

The parties have complied with the
requirements of Rule 42.1(a)(1).  The
Court has considered this cause on the joint motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

January 30, 2003

___________________________

RICHARD BARAJAS, Chief Justice

 

 

Before
Panel No. 4

Barajas,
C.J., Larsen, and McClure, JJ.